UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BELINDA DE GAUDEMAR, ANTHONY HOFFMANN, SUSAN SCHOENFELD, NANCY PASCAL, and MICHAEL CORBETT<br><br>    Plaintiffs,<br><br> v.<br><br>PETER S. KOSINSKI, in his official capacity as Co-Chair of the State Board of Elections; DOUGLAS A. KELLNER, in his official capacity as Co-Chair of the State Board of Elections; ANDREW J. SPANO, in his official capacity as Commissioner of the State Board of Elections; ANTHONY J. CASALE, in his official capacity as Commissioner of the State Board of Elections; TODD D. VALENTINE, in his official capacity as Co-Executive Director of the State Board of Elections; and KRISTEN ZEBROWSKI-STAVISKY, in her official capacity as Co-Executive Director of the State Board of Elections,<br><br>    Defendants. | Case No. 22 Civ. 3534<br><br>**NOTICE OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

   Pursuant to Federal Rule of Civil Procedure 65(a) and (b), Plaintiffs Belinda de Gaudemar, Anthony Hoffmann, Susan Schoenfeld, Nancy Pascal, and Michael Corbett are New York voters who respectfully move this Court for a temporary restraining order and, subsequently, preliminary injunction (1) enjoining Defendant members of the New York State Board of Elections from implementing, enforcing, or giving any effect to New York's congressional districting plans as adopted by the court in *Favors v. Cuomo*, No. 1:11-cv-05632, 881 F. Supp. 2d 356 (E.D.N.Y. 2012), and (2) ordering such Defendants to proceed with certifying the primary ballot by Wednesday, May 4, under a congressional plan as adopted by

this court, that complies with Article I, Section 2 of the U.S. Constitution and 2 U.S.C. § 2c, in time for New York to conduct its primary on June 28, 2022, as required by federal court order. The reasons for this application and motion are offered a memorandum of law filed concurrently with this motion.

In order to ensure that certification of the primary ballots occurs on time and without delay, it is imperative that the requested temporary restraining order be issued as soon as possible to ensure intervening deadlines are met until such time as this Court can convene an expedited hearing on Plaintiffs' motion for preliminary injunction. Undersigned counsel hereby certifies they have provided notice to Defendants' counsel at the New York Office of the Attorney General.

Dated: May 2, 2022                                        Respectfully submitted,

**EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL, LLP**

By: /s/ Andrew G. Celli, Jr.

Andrew G. Celli, Jr.
600 Fifth Avenue, 10th Floor
New York, NY 10020
Tel. (212) 763-5000
mbrinckerhoff@ecbawm.com
acelli@ecbawm.com

**ELIAS LAW GROUP LLP**

By: /s/ Aria C. Branch

Aria C. Branch*
Haley K. Costello Essig*
Shanna M. Reulbach*
Maya Sequeria*
Christina A. Ford*
Aaron M. Mukerjee

10 G St NE, Ste 600  
Washington, DC 20002  
Tel.: (202) 968-4490  
abranch@elias.law  
hessig@elias.law  
sreulbach@elias.law  
msequeria@elias.law  
cford@elias.law  
amukerjee@elias.law  
*Pro hac vice applications to be submitted.*
