UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
BELINDA DE GAUDEMAR, et al.,

                Plaintiffs,

-v-                                        22-cv-3534 (LAK)

PETER S. KOSINSKI, etc., et al.,

                Defendant.
------------------------------------------x

### REQUEST TO THE CHIEF JUDGE OF THE U.S. COURT OF APPEALS FOR THE SECOND CIRCUIT FOR APPOINTMENT OF A THREE-JUDGE PANEL PURSUANT TO 28 U.S.C. § 2284(b)

LEWIS A. KAPLAN, *District Judge.*

      The complaint in this action seeks (a) a declaration that the current configuration of New York's congressional districts violates Article I, Section 2, of the United States Constitution and 2 U.S.C. § 2c, (b) preliminary and permanent injunctions barring defendant's from implementing, enforcing, or giving any effect to New York's congressional districting plans as adopted in *Favors v. Cuomo,* 881 F.Supp.2d 356 (E.D.N.Y. 2012), (c) an order compelling defendants to certify the primary ballot under a congressional plan as adopted by this court which complies with Article I, Section 2, of the United States Constitution and 2 U.S.C. § 2c, in time for New York to conduct its primary election on July 28, 2022 as allegedly required by federal court order, and (d) other relief. In addition, plaintiffs request that I notify the Chief Judge of the Court of Appeals for the Second Circuit of this action and request that two other judges be designated to form a three-judge district court pursuant to 28 U.S.C. § 2284(b)(1).

Accordingly, I respectfully request that the Chief Judge of the United States Court of Appeals for the Second Circuit promptly appoint a three-judge panel to preside over the claims presented by this litigation. Should the Chief Judge of the Second Circuit need any additional information or have any inquiries, this Court is available at any time.

RESPECTFULLY SUBMITTED.

Dated: May 3, 2022
      New York, New York

_____
Lewis A. Kaplan
United States District Judge