USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 04 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————

BELINDA DE GAUDEMAR, et al.,

               Plaintiffs,

      - against -

PETER S. KOSINSKI, et al.,

               Defendants.

———————————————————————

**DESIGNATION OF**
**THREE-JUDGE PANEL**
**PURSUANT TO 28 U.S.C. §2284(b)**

Docket No. 22-cv-3435 (LAK)
22-984

**DEBRA ANN LIVINGSTON, Chief Circuit Judge:**

     Having received a request from United States District Judge Lewis A. Kaplan, to appoint a three-judge panel to hear the above-mentioned matter pursuant to 28 U.S.C. §2284(b)(1), I hereby designate United States Circuit Judge Richard J. Sullivan and United States Circuit Judge William J. Nardini to serve as members of the Court to hear and determine the action.

IT IS SO ORDERED.

3rd day of May, 2022
New York, New York

_____
DEBRA ANN LIVINGSTON
Chief Circuit Judge

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 05/03/2022